**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Wilkins      Keenan      G.
      (Last)        (First)    (Initial)

Prisoner Number  ART 278

Institutional Address  Santa Rita Jail - 5325 Broder Blvd, Dublin CA 94568

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Keenan G. Wilkins
(Enter the full name of plaintiff in this action.)

vs.

1. Sheriff Greg Ahern;
2.-30. "John and/or Jane Doe" et. al.

(Enter the full name of the defendant(s) in this action)

Case No. CV 08 1084 MMC (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  Santa Rita Jail (I'm now in state Hospital)

B.  Is there a grievance procedure in this institution?

    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES (X)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                        - 1 -

1. Informal appeal _Verbal Talk - Denied_

2. First formal level _Various Dates from 3/07 - 11/07 Most grievances denied, some things affirmed or resolved when they were not_

3. Second formal level _Attempted Appeal. The Process is futile and non effective as inmates can't state "why" they are appealing and officials only write "Denied" They do not follow statutory Minimum jail standards_

4. Third formal level _Wrote many Letters to Superiors. 2 were responded to stating certain things would stop but didn't. Other letters/issues were ignored_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _Every issue was Addressed thru the grievance procedure. Some grievances were lost, ignored. Most were denied or stated false responses._

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Keenan Wilkins  AT# 057450-9_
_Atascadero State Hospital, P.O. Box 7001_
_Atascadero, CA. 93423-7001_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_1. Greg Ahern, Sheriff  2. John Doe  3. John Doe_

COMPLAINT                    - 2 -

1 | 4. John Doe 5. John Doe 6. John Doe 7. Jane Doe
2 | 8. John Doe 9. John Doe 10. John Doe 11. John Doe 12. Jane Doe
  | 13. John Doe 14. John Doe 15. John Doe 16. John Doe
3 | 17. John Doe 18. John Doe 19. John Doe 20. John Doe
  | 21. Jane Doe 22. Jane Doe 23. Jane Doe 24. John Doe
4 | 25. John Doe 26. John Doe 27. John Doe 28. John Doe 29. John Doe 30. John Doe

5  III.   Statement of Claim.
6        State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 | 1. Denial of Medical treatment May 16-23 by Sheriff
11 | Deputies and Prison Health Services
12 | 2. Denial of Medical attention Sept 16 - Oct 31st by
13 | Sheriff Deputies and PHS.
14 | 3. Restrained from Liberty without Due Process or notice.
15 | 4. Denial of Mental Health Attention by Sheriff
16 | Deputies and Criminal Justice Mental Health
17 | 5. Cruel and Unusual Punishment - Multiple
18 | counts; Excessive Force by Sheriff Deputies
19 | 6. Cruel and Unusual Punishment - Living
20 | conditions
21 | 7. Retaliation by Sheriff Deputies
22 | 8. Destruction/Lost of Property by Sheriff Deputies

23  IV.   Relief.
24        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 | Insert Injunction Relief to stop wrongful procedures
27 | and living conditions  2. For Proper Mental
28 | and Medical treatment to be enforced.

COMPLAINT                    - 3 -

1 | 3. Compensatory Damages  4. Punitive
2 | damages

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10th__ day of __February__, 20__08__

_Keenan Wilkins_
(Plaintiff's signature)

COMPLAINT                            - 4 -



Return address (top): Cadero, CA 93923-7001

RECEIVED
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United
States District Court
For the Northern District
of California
450 Golden Gate Ave
Box 36060
San Francisco, CA 94102