FILED
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Keenan Wilkins, Plaintiff,

vs.

Sheriff Greg Ahern, et. al., Defendant.

CV 08 1084

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Keenan Wilkins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____—_____ Net: ____—_____

Employer: ___—_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Self Employed - 2006 - Promotions
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                Yes ___ No _X_
10            self employment
11      b.    Income from stocks, bonds,             Yes ___ No _X_
12            or royalties?
13      c.    Rent payments?                         Yes ___ No _X_
14      d.    Pensions, annuities, or                Yes ___ No _X_
15            life insurance payments?
16      e.    Federal or State welfare payments,     Yes ___ No _X_
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.      Are you married?                          Yes ___ No _X_  Divorce Pending
24 Spouse's Full Name: Janone Wilkins
25 Spouse's Place of Employment: Unk
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ Unk      Net $ Unk
28 4.      a.    List amount you contribute to your spouse's support:$ ___

1   b.  List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5   J.W age 6    J.W. age 4   - I contribute
6   ~~0~~ for the last 11 months

7   5.  Do you own or are you buying a home?    Yes ___ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.  Do you own an automobile?    Yes ___ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes _X_ No ___ Amount: $ 140.00
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ _____   Utilities: _____
23  Food: $ _____   Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment         Total Owed on This Acct.
26  _____                 $ _____                $ _____
27  _____                 $ _____                $ _____
28  _____                 $ _____                $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Unknown - about 20k in debt

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-10-2008                         Keenan Wilkins
DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

1
2                                                          Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                            **IN**
10                              **PRISONER'S ACCOUNT**
11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of ___Keenan Wilkins___ for the last six months
14 ___Atascadero State Hospital___ [prisoner name] where (s)he is confined.
   [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ __106.51 ✱__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ __128.30__ ✱
18
19 Dated: __1-30-08__                        _Katrine Mofryo_ Acting Trust officer
                                              [Authorized officer of the institution]
20
21                                    ✱ Mr. Wilkins was admitted to
22                                      Atascadero State Hospital
23                                      11-7-07
                                                 _Katrine Mofryo_
24                                                         1-30-08
25
26
27
28

```
************************************************************************
* CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS *
*      CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN    *
*  ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579). *
************************************************************************
TR150                                                          PAGE    1
11:12:28                                                       01/30/2008


                            ATASCADERO STATE HOSPITAL
                          1-30-08  TRUST ACCOUNT/CASHIERS' SYSTEM
                            LEDGER ACTIVITY 11/07/2007 TO 01/30/2008

        THIS IS A CERTIFIED COPY OF
        THE ABOVE-NAMED PATIENT'S
PATIENT HOSPITAL ACCOUNT.  NS, KEENAN              WARD NO: 17
                                                   ADMIT: 11/07/2007
===========================================================================
   DATE  | DOCUMENT    | DEPOSIT  | WITHDRAW | ENCUM-  | CURRENT  | COMMENTS
         | NO.         |          |          | BRANCE  | BALANCE  |
===========================================================================
11/ 9/07 | 16 -268397  | 338.15   |          |         |  338.15  | NEW ADMIT
11/ 9/07 | 16 -268397  |   0.91   |          |         |  339.06  | NEW ADMIT
11/10/07 | 13 -172149  |          |   24.95  |         |  314.11  | Canteen disb
11/10/07 | 13 -172156  |          |    1.00  |         |  313.11  | Canteen disb
11/10/07 | 13 -172161  |          |    0.86  |         |  312.25  | Canteen disb
11/10/07 | 13 -172165  |          |   17.67  |         |  294.58  | Canteen disb
11/10/07 | 13 -172166  |          |    1.10  |         |  293.48  | Canteen disb
11/13/07 | 13 -172532  |          |    9.15  |         |  284.33  | Canteen disb
11/13/07 | 13 -172701  |          |    6.44  |         |  277.89  | Canteen disb
11/13/07 | 13 -172702  |          |   12.33  |         |  265.56  | Canteen disb
11/13/07 | 13 -172703  |          |    1.15  |         |  264.41  | Canteen disb
11/13/07 | 13 -172708  |          |    1.00  |         |  263.41  | Canteen disb
11/17/07 | 13 -174275  |          |    9.20  |         |  254.21  | Canteen disb
11/17/07 | 13 -174295  |          |    1.00  |         |  253.21  | Canteen disb
11/20/07 | 13 -174593  |          |    1.00  |         |  252.21  | Canteen disb
11/20/07 | 13 -174599  |          |    9.58  |         |  242.63  | Canteen disb
11/24/07 | 13 -175636  |          |    1.20  |         |  241.43  | Canteen disb
11/24/07 | 13 -175639  |          |    0.55  |         |  240.88  | Canteen disb
11/24/07 | 13 -175679  |          |   13.61  |         |  227.27  | Canteen disb
11/24/07 | 13 -175685  |          |    4.24  |         |  223.03  | Canteen disb
11/29/07 | 13 -175844  |          |    6.40  |         |  216.63  | Canteen disb
11/29/07 | 13 -175870  |          |    1.00  |         |  215.63  | Canteen disb
11/29/07 | 13 -175897  |          |   23.12  |         |  192.51  | Canteen disb
12/ 1/07 | 13 -176975  |          |    7.95  |         |  184.56  | Canteen disb
12/ 1/07 | 13 -176983  |          |    3.15  |         |  181.41  | Canteen disb
12/ 1/07 | 13 -176991  |          |    1.60  |         |  179.81  | Canteen disb
12/ 4/07 | 13 -177512  |          |    3.00  |         |  176.81  | Canteen disb
12/ 4/07 | 13 -177513  |          |    2.24  |         |  174.57  | Canteen disb
12/ 4/07 | 13 -177529  |          |    5.50  |         |  169.07  | Canteen disb
12/ 5/07 | 13 -178055  |          |    1.00  |         |  168.07  | Canteen disb
12/ 5/07 | 13 -178057  |          |    1.54  |         |  166.53  | Canteen disb
12/ 7/07 | 13 -178709  |          |    4.56  |         |  161.97  | Canteen disb
12/ 7/07 | 13 -178721  |          |    1.85  |         |  160.12  | Canteen disb
12/11/07 | 13 -179559  |          |    5.04  |         |  155.08  | Canteen disb
12/11/07 | 13 -179561  |          |    3.00  |         |  152.08  | Canteen disb
12/11/07 | 13 -179584  |          |    5.75  |         |  146.33  | Canteen disb
12/11/07 | 13 -179627  |          |    2.93  |         |  143.40  | Canteen disb
12/11/07 | 13 -179790  |          |    1.25  |         |  142.15  | Canteen disb
```

```
****************************************************************************
* CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS *
*      CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN     *
*   ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579). *
****************************************************************************
TR150                                                           PAGE    2
11:12:29                                                        01/30/2008


                        ATASCADERO STATE HOSPITAL
                        TRUST ACCOUNT/CASHIERS' SYSTEM
                    LEDGER ACTIVITY 11/07/2007 TO 01/30/2008


PATIENT: A50459  WILKINS, KEENAN              WARD NO: 17
                                              ADMIT: 11/07/2007
===============================================================================
   DATE  | DOCUMENT    | DEPOSIT | WITHDRAW | ENCUM-  | CURRENT | COMMENTS
         | NO.         |         |          | BRANCE  | BALANCE |
===============================================================================
 12/13/07  13 -180402               5.80                136.35  Canteen disb
 12/13/07  13 -180431               0.13                136.22  Canteen disb
 12/14/07  13 -180589               6.31                129.91  Canteen disb
 12/14/07  13 -180593               1.50                128.41  Canteen disb
 12/14/07  13 -180760               2.00                126.41  Canteen disb
 12/14/07  13 -180761               2.60                123.81  Canteen disb
 12/15/07  13 -181243               1.40                122.41  Canteen disb
 12/15/07  13 -181251               1.15                121.26  Canteen disb
 12/18/07  16 -269359    100.00                         221.26  J.WILKINS
 12/20/07  13 -182293               4.95                216.31  Canteen disb
 12/20/07  13 -182329               7.09                209.22  Canteen disb
 12/26/07  13 -182695              23.78                185.44  Canteen disb
 12/26/07  13 -182954               5.45                179.99  Canteen disb
 12/27/07  13 -183543               5.15                174.84  Canteen disb
 12/27/07  13 -183555               0.25                174.59  Canteen disb
 12/27/07  13 -183599               2.77                171.82  Canteen disb
 12/29/07  13 -184060              12.56                159.26  Canteen disb
 12/29/07  13 -184164               6.06                153.20  Canteen disb
 12/29/07  13 -184170               1.25                151.95  Canteen disb
  1/ 2/08  13 -184459              17.15                134.80  Canteen disb
  1/ 2/08  13 -184485               1.85                132.95  Canteen disb
  1/ 2/08  13 -184740               5.70                127.25  Canteen disb
  1/ 2/08  13 -184828               2.00                125.25  Canteen disb
  1/ 3/08  13 -185281              10.03                115.22  Canteen disb
  1/ 4/08  13 -185525               5.10                110.12  Canteen disb
  1/ 4/08  13 -185907               4.43                105.69  Canteen disb
  1/ 4/08  13 -185911               0.55                105.14  Canteen disb
  1/ 4/08  13 -185929               1.00                104.14  Canteen disb
  1/ 5/08  13 -186259               5.89                 98.25  Canteen disb
  1/ 5/08  13 -186261               2.00                 96.25  Canteen disb
  1/ 5/08  13 -186403               4.05                 92.20  Canteen disb
  1/ 5/08  13 -186405               1.70                 90.50  Canteen disb
  1/ 8/08  13 -186567               7.55                 82.95  Canteen disb
  1/ 8/08  13 -186578               1.10                 81.85  Canteen disb
  1/ 8/08  13 -186580               2.13                 79.72  Canteen disb
  1/10/08  13 -187469               4.15                 75.57  Canteen disb
  1/10/08  13 -187499               3.38                 72.19  Canteen disb
  1/10/08  13 -187615               0.55                 71.64  Canteen disb
```

*Stamp overlay:* 1-30-08  THIS IS A CERTIFIED COPY OF THE ABOVE-NAMED PATIENT'S HOSPITAL ACCOUNT. [signature] acting Trust Officer

```
***************************************************************
* CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS *
*     CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN      *
*  ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).  *
***************************************************************
```

```
TR150                                                          PAGE    3
11:12:29                                                       01/30/2008


                        ATASCADERO STATE HOSPITAL
                        TRUST ACCOUNT/CASHIERS' SYSTEM
                        LEDGER ACTIVITY 11/07/2007 TO 01/30/2008

PATIENT: HOPKINS, KEENAN                         WARD NO: 17
                                                 ADMIT: 11/07/2007
===========================================================================
   DATE  |  DOCUMENT   | DEPOSIT | WITHDRAW | ENCUM-  | CURRENT  | COMMENTS
         |    NO.      |         |          | BRANCE  | BALANCE  |
===========================================================================
 1/11/08   13 -188030                1.55                70.09    Canteen disb
 1/17/08   13 -189240               14.48                55.61    Canteen disb
 1/17/08   13 -189246                0.55                55.06    Canteen disb
 1/18/08   13 -189822                5.45                49.61    Canteen disb
 1/18/08   13 -189868                0.89                48.72    Canteen disb
 1/19/08   13 -190467                8.99                39.73    Canteen disb
 1/19/08   13 -190475                0.65                39.08    Canteen disb
 1/22/08   13 -190742                3.98                35.10    Canteen disb
 1/22/08   13 -190749                0.60                34.50    Canteen disb
 1/22/08   13 -190752                2.90                31.60    Canteen disb
 1/23/08   13 -191336                0.89                30.71    Canteen disb
 1/23/08   13 -191338                1.75                28.96    Canteen disb
 1/24/08   13 -191589                4.15                24.81    Canteen disb
 1/25/08   13 -191767                5.10                19.71    Canteen disb
 1/25/08   13 -191772                3.09                16.62    Canteen disb
 1/25/08   13 -191786                2.74                13.88    Canteen disb
 1/25/08   13 -191791                0.50                13.38    Canteen disb
 1/29/08   13 -192842                2.89                10.49    Canteen disb
 1/29/08   13 -192848                1.00                 9.49    Canteen disb
 1/30/08   16 -271560      200.00                       209.49    J.WILKINS

---------------------------------------------------------------------------
CURRENT BALANCE  -  OUTSTANDING CHARGES  -  HOLDS =  AVAILABLE BALANCE
       209.49              0.00                0.00              209.49
---------------------------------------------------------------------------
```

Stamp overlay:
DATE: 1-30-08
THIS IS A CERTIFIED COPY OF THE ABOVE-NAMED PATIENT'S HOSPITAL ACCOUNT