FILED
08 MAR 20 PM 3:39
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEENAN WILKINS
Plaintiff

vs

County of Alameda, et al.
Defendant

Case No. 008-1084 MMC

MOTION FOR LEAVE TO AMEND Complaint

I, Keenan Wilkins, Petitioner In the above referenced Case No. Do Hereby Motion the Court For Leave to Amend The Complaint. Petitioner is learning who actual Defendants are and who is responsible The Allegations listed in the above referenced case. More will be added as we learn them.

I, Keenan Wilkins Declare Under The Penalty of Perjury this 17th Day of March 2008.

Keenan Wilkins
Keenan Wilkins
Plaintiff

Keenan Wilkins
AT# G57-4158-19
Atascadero State Hospital
P.O. Box 7001
Atascadero, CA. 93423-7001
(805)468-2900
3.17.08

Clerk, of the United States
District Court For the Northern
District of California
450 Golden Gate Ave Box 36060
San Francisco, CA. 94102

RE: Case No: C08-1084 MMC
Motion For Leave To Amend
Complaint; Motion For Court
Appointed Counsel

Clerk,
Enclosed is an Amended Complaint in the above referenced Case No. Per our conversation today you said the Defendant had not filed an answer. In Case this has changed; before you receive this Amended Complaint we enclosed a Motion for Leave to Amend Complaint. IF it's not needed please disregard. Also is enclosed a Motion to the Court for Appointment of Counsel.

Respectfully
Keenan Wilkins
In Pro Per






Keenan Wilkins
AT# 057450-9 Unit 17
Atascadero State Hospital
P.O. Box 7001
Atascadero, CA. 93423-7001

Clark, of the United States
District Court For the Northern
District of California
450 Golden Gate Ave Box 36060
San Francisco, CA. 94102

9410233432 C004

Legal Mail