FILED

1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2

3    Name    Wilkins    Keenan G.

4            (Last)              (First)              (Initial)

5    Prisoner Number _____ ART 278

6    Institutional Address Santa Rita Jail - 5325 Blvd Dublin, CA 94568

7    _____

8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10
      Keenan G. Wilkins
11    (Enter the full name of plaintiff in this action.)                    )
                                                                            )
12                          vs.                                             )   Case No. C08-1084 MMC
                                                                            )   (To be provided by the clerk of court)
13    1. Sheriff Greg Ahern;                                                )   Amended Complaint
                                                                            )   COMPLAINT UNDER THE
14    2. Alameda County; 3. Criminal                                        )   CIVIL RIGHTS ACT,
                                                                            )   42 U.S.C §§ 1983
15    Justice Mental Health                                                 )
                                                                            )
16    4. Prison Health Services 6:30 John and Jane Doe )
      (Enter the full name of the defendant(s) in this action)             )
17    5. Director Millie Swafford        et. al.                            )

18    [All questions on this complaint form must be answered in order for your action to proceed..]

19    I.    Exhaustion of Administrative Remedies

20          [Note: You must exhaust your administrative remedies before your claim can go

21          forward. The court will dismiss any unexhausted claims.]                    I'm now in

22          A.    Place of present confinement Santa Rita Jail (State Hospital)

23          B.    Is there a grievance procedure in this institution?

24                    YES (X)    NO ( )

25          C.    Did you present the facts in your complaint for review through the grievance

26                procedure?

27                    YES (X)    NO ( )

28          D.    If your answer is YES, list the appeal number and the date and result of the appeal at

      COMPLAINT                           - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _Verbal Talk - Denied_

2. First formal level _Various Dates From 3/07 - 11/07._
_Most grievances denied, some things_
_affirmed or resolved when they were not_

3. Second formal level _Attempted Appeal. The Process is_
_futile and non-affective as inmates can't state_
_"Why" They are appealing and officials only_
_write "Denied". They do not follow Statutory Minimum jail_
_standards_

4. Third formal level _Wrote many letters to superiors._
_Two were responded to stating certain things_
_would stop but didn't._ _Other letters/issues_
_were ignored._

E.     Is the last level to which you appealed the highest level of appeal available to you?

       YES (✓)     NO ( )

F.     If you did not present your claim for review through the grievance procedure, explain

why. _Every issue was addressed Thru The grievance_
_procedure. Some grievances were lost/ignored. Most_
_were denied or stated false responses._

II.     Parties

A.     Write your name and your present address. Do the same for additional plaintiffs, if any.

_Keenan Wilkins AT# 057450-9_
_Atascadero State Hospital   P.O. Box 7001_
_Atascadero, CA. 93423-7001_

B.     Write the full name of each defendant, his or her official position, and his or her place of
employment.

_1. Sheriff Greg Ahern   2. County of Alameda_
_3. Criminal Justice Mental Health   4. Prison Health_

COMPLAINT             - 2 -

1 Services 5. Millie Swafford-Director CJMH;

2 6-30 John and/or Jane Doe

3

4 III.    Statement of Claim

5        State here as briefly as possible the facts of your case. Be sure to describe how each

6 defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7 cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8 numbered paragraph.

9 1. Denial of Medical Treatment - May 16-23 'by 2007 Sheriff

10 Deputies and Prison Health Services

11 2. Denial of Medical attention Sept 16 2007 - Oct 31ST 2007

12 by Sheriff Deputies and Prison Health Services

13 3. Restrained from Liberty without Due Process or notice.

14 4. Denial of Mental Health Attention, Various Dates 3/07-

15 11/07 by Sheriff Deputies and Criminal Justice Mental Health

16 5. Cruel and Unusual Punishment - Multiple counts.

17 Excessive Force by Sheriff Deputies 8/07 and 9/07

18 Cruel and Unusual Punishment - Living Conditions

19 3/07 - 11/07

20 7. Retaliation by Sheriff Deputies, Various Dates 3/07 - 11/07

21 8. Destruction/Lost of property by Sheriff Deputies

22 IV.    Relief

23        Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24 you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25 1. Insert Injunction Relief to stop wrongful

26 procedures and living Conditions at Santa Rita.

27 2. For proper Mental and Medical treatment to

28 be enforced.

COMPLAINT                    - 3 -

1    3. Compensatory Damages   4. Punitive Damages
2    5. Declatory Damages   6. Plaintiff Moves to
3    sue All listed and Unknown Defendants in official And Unofficial Capacity

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    Signed this ____17th____ day of __March__ , 20 _08_

7

8

9    (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                    - 4 -