UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 20 PM 3:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEENAN WILKINS
Plaintiff

vs.

County of Alameda, et al
Defendant

CASE NO: C08-1084 MMC

Motion For
Court Appointed
Attorney

I, Keenan Wilkins, Petitioner in the above referenced Case No. Do Hereby Motion the Court to Appoint An Attorney for Plaintiff. Plaintiff is currently in a State Mental Hospital under P.C. 1370. There is no legal assistance afforded to Patients. Plaintiff has factual evidence to support allegations and Demand for Jury Trial.

I Declare under Penalty of Perjury This 17th Day of March 2008

Keenan Wilkins
In Proper