Keenan Wilkins
Santa Rita Jail
5325 Broder Blvd
Dublin, CA. 94568

3·23·08

FILED
MAR 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States
District Court for the
Northern District of California
450 Golden Gate Avenue Box 36060
San Francisco, CA. 94102

RE: CASE NO: C08-1084 MMC
Notification of Address Change As of 3·19·08

Clerk
Hello, my name is Keenan Wilkins, Plaintiff in the above referenced case no.
We wanted to advise the Court our address has changed. Please send all Mail to: NERRAH BROWN - ART278
(Also Known as Keenan Wilkins)
Santa Rita Jail
5325 Broder Blvd
Dublin, CA. 94568

Prior to leaving Atascadero State Hospital I did not receive anything From the Court Yet.

Respectfully

KEENAN WILKINS



Norrah Brown - ART278
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

OAKLAND CA 946
26 MAR 2008 PM 7

Clerk, of the United States
District Court for the
Northern District
of California
450 Golden Gate Ave
Box 36060
San Francisco, CA. 94102