Keenan Wilkins - ART 278
Santa Rita Jail
5325 Broder Blvd
Dublin, CA. 94568

FILED
08 APR 24 PM 1:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEENAN G. WILKINS

vs.

SHERIFF GREG AHERN et. al.

CASE No: C08-1084 MMC

Motion to Amend Claim to Add names of "Does"

I, Keenan Wilkins, hereby move the Court to Request to add names of some of the unknown "Does".

#6. Deputy Anderson; #7. Deputy Gonzales; #8. Deputy Thibodeaux; #9. Deputy Modaros; #10. Deputy Vanzant; #11. Deputy Barac; #12. Deputy Smith #13. Deputy McGill 14. # Deputy Brawley #15. Sgt Shaull #16. Sgt Molloy #17. LT Jurgens-Lewis #18. PHS E. Mastroianni, RNP; #19 CJMH Dept Dr Rosenthal; #20 PHS Wilfredo A. Reyes LVN; #21. Commander LaDonna Harris #22 Capt Glenn Nelanson #23 PHS Nurse Maria (?)

Plaintiff is still identifying additional

Page 1 of 2

1  "Does" to be added to complaint.

3  I declare under the penalty of perjury
4  that the foregoing is true and correct
5  signed this 18th day of April, 2008.

                              Plaintiff
                              Kennan Wilkins

Keenan Wilkins - ART278
Santa Rita Jail
5325 Broder Blvd
Dublin, CA. 94568

**FILED**
08 APR 24 PM 1:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEENAN G. WILKINS

vs.

SHERIFF GREG AHERN et.al.

Case No: C08-1084 MMC
Motion for Leave
To Amend Complaint

I, Keenan Wilkins, pro se Plaintiff in the above Referenced Case No: Do hereby Motion the Court for Leave to Amend the Complaint to add the names of "Does".

I, Keenan Wilkins Declare Under the Penalty of Perjury this 18th Day of April 2008

Plaintiff
Keenan Wilkins

Keenan Wilkins - ART 278
Santa Rita Jail
5325 Broder Blvd
Dublin, CA. 94568

OAKLAND CA 946
23 APR 2008 PM 6
USA 41

Clerk, of the U.S.
District Court for the
Northern District of
California
450 Golden Gate Ave
Box 36060
San Francisco, CA. 94102

9410243661 0004