5325 Broder Blvd
Dublin

FILED
08 MAY 14 PM 1:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAY 1 4 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Keenan Wilkins )
    Plaintiff ) Case No: C08-1084 MMC
) Motion to Add
vs ) Specifics of Violations
) on each Known
Sheriff Greg Ahern et al' ) defendant
    Defendant )

I, Keenan Wilkins, Plaintiff in the above entitled case, petitions the court to list each Known Defendant with Specifics to Complaint:

1). Defendant Sheriff Greg Ahern is named for a) Deliberate Difference to Plaintiff's Medical needs b) Failure to train c) Denial of Plaintiff's Due Process Rights D) As the person primarily Responsible under state law for general management and administration of county jail who also has a

(1)

1. Federal Duty to provide proper supervision and to adequately train staff regarding I/M health and safety.

2. County of Alameda is named as Defendant for a) Denial of Plaintiff's rights guaranteed pretrial detainees Under 14th Amendment Due Process Clause. B) As employer of Sheriff who is statutorily responsible for Plaintiff's Medical care and custody and is the Policy maker empowered to establish policies binding on County. C) As the Municipality that has made a deliberate choice to follow cause of actions of officials from among various alternatives. D) Consenting and allowing obective risk of injury E) Failure to train

3. Criminal Justice Mental Health is named as a Defendant for: a) Deliberate Difference to Plaintiff's Mental Health needs b) Violation of Plaintiff's Rights under the 14TH Amendments Due Process Clause

4. Prison Health Services is named as a Defendant for: a) Denial of Medical attention to plaintiff b) Delay in giving Medical attention to Plaintiff C) Inadequate Medical attention to

(2)

To Plaintiff D) Deliberate Indifference To Plaintiff Medical needs E) Violation of Plaintiff Constitutional Rights Under 14th Amendment Due Process Clause.

5) Director Millie Swafford is named as Defendant for a) Deliberate Indifference to Plaintiff Medical needs b) Denial of Plaintiff ~~Receiving~~ Receiving Mental health attention/treatment c) Delay in Receiving Mental Health ~~attention~~ attention/treatment D) Violation of Plaintiff Rights Under 14th Amendment Due Process Clause.

6) Deputy Anderson is named as a Defendant For: a) Deliberate Indifference to Plaintiff ~~Due Process~~ Serious Medical Needs b) Violation of Plaintiff's Rights under 14th Amendment Due Process Clause.

7) Deputy Gonzales is named as a Defendant For: a) Deliberate Indifference to Plaintiff Serious Medical needs. b) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause.

8) Deputy Thibodeaux is named as a Defendant for: a) Excessive Force upon

(3)

1. Plaintiff; B) Violation of Plaintiff's Rights Under 14Th Amendment Due Process Clause

9) Deputy Mederos is named as a Defendant For: A) Excessive Force on Plaintiff B) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause.

10) Deputy Vanzant is named as a Defendant for a) Excessive Force on Plaintiff B) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause.

11). Deputy Bareo is named as a Defendant For: A) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause

12). Deputy Smith is named as a Defendant For: A) Retaliation on Plaintiff B) Destruction of Plaintiff's property C). Loss of Plaintiff's personal property. D) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause.

13). Deputy McGill is named as a Defendant For: a) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause.

14) Deputy Brawley is named as a Defendant For: a) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause. B) Deliberate Indifference to Serious Medical needs.

(4)

15). Sgt Shavll is named as a Defendant For: a) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause. B) Deliberate Indifference to Plaintiff's serious Medical needs.

16) SgT Molly is named as a Defendant For: a) Deliberate Indifference to Plaintiff's Serious Medical Needs b) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause.

17) LT Jurgen-Lewis is named as a Defendant For: a) Deliberate Indifference to Plaintiff's serious Medical needs; B) Violation of Plaintiff's Rights Under 14th Amendment Due Process.

18). PHS Nurse Practioner E. Mastronni RNP is named as a Defendant For: a) Deliberate Indifference to Plaintiff's Serious Medical needs B) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause.

19) CJMH Dr Rosenthal is named as a Defendant For: a) Delay in giving Medical attention to Plaintiff b) Inadequate Medical attention to Plaintiff c) Deliberate Indifference to Plaintiff Serious Medical needs. D) Violation of Plaintiff's Rights Under 14th Amendment Due Process Clause.

20). PHS Wilfredo A. Reyes LVN is named as a Defendant for a) Denial of Medical

(5)

Plaintiffs

1. attention. B) Deliberate Indifference to
2. serious Medical needs C) Violation of Plaintiff's
3. Rights Under 14th Amendment Due Process Clause.
4. 21). Commander LaDonna Harris is named
5. as a Defendant For: A. Deliberate Indifference
6. to Plaintiff's Serious Medical needs.
7. b) Denial of Due Process under 14th Amendment.
8. 22) Capt Glenn Melanson is named as
9. a Defendant for a) Violation of Plaintiff's
10. Right Under 14 Amendment Due Process Clause.
11. 23) PHS Nurse Maria (Fleming) is named
12. as a Defendant For: a) Deliberate Indifference
13. to Plaintiff's serious medical needs.
14. B) Delay in treating Plaintiff's serious Medical
15. issues C) Denial of Medical Treatment
16. D). Violation of Plaintiff's Rights Under
17. 14th Amendment Due Process Clause.

I, Keenan Wilkins Declare this
Under the Penalty of Perjury this
5th Day of May 2008

Keenan Wilkins
In Pro Per

(6)

# STATEMENT OF FACTS

## I.

On May 16th 2006 Plaintiff's Finger was accidently slammed in a heavy cell door. It was broken and blood for many days. Plaintiff was made to suffer in Pain til May 23rd 2006 when he was seen and given pain meds (Vicodin). This was a serious Medical need that required treatment. On May 21st Plaintiff wrote a grievance which was given to Deputy Anderson. The grievance (OIG-50732) was allegedly lost by SRJ officials. Plaintiff continued to Tell SRJ officials and PHS Medical Staff of the Pain Daily but was made to suffer 7 days before getting relief. Family also called SRJ daily. Plaintiff turned in numerous sick call Request.

## II.

The Pain Meds Ran out for Broken finger on May 30 2007. The pain was still livid in Plaintiff finger. Plaintiff turned in sick call slips, Informed PHS Nurses and Deputies. Plaintiff was ignored. On June 7 2007 Plaintiff wrote a grievance and gave it to Deputy Gorman. Deputy Gorman on June 10 advised this grievance was lost too. On June 8 2007 Plaintiff was given pain meds. He was made to suffer another 9 days of pain for a serious medical need before receiving treatment.

## III

On June 6 Plaintiff's Liberty was taken by Deputy Gonzales with no Due Process (hearing, write-up, etc). His action was against

(1)



Title 15 Minimum Jail Standards as well. Plaintiff wrote a grievance.

### IV.

Plaintiff has been diagnosed Paranoid Schizophrenic by Many Doctors over the Past 25yrs, Including by CJMH Doctor Rosenthal. Plaintiff continued to advise CJMH staff that the meds they were giving him were not giving relief from voices, hallucinations etc. Monthly Plaintiff would see CJMH and the same meds would be increased. The whole 30 days while waiting for the next appt Plaintiff would suffer - especially as conditions and situations arose at SRJ. Plaintiff wrote a grievance on this issue.

### V.

Plaintiff is a Pre-Trial Detainee. At times while in Unit 9 Plaintiff (and other Mental Health I/M) would be locked in cells 48hrs-72hrs straight (except Meals) Plaintiff wrote a grievance on this issue.

### VI

On 7-28-07 Plaintiff and other Mental Health I/M were transferred to a new Unit (2). This Unit combined Administrative Segregation I/M's with Mental Health I/M's. Plaintiff was put in a filthy Room with Feces on the toilet. The toilet did not work. There was no Mattresses.

(2)

Plaintiff was not allowed to clean the feces off the toilet for About 48hrs and was made to eat in Room. On 7·30·07 Plaintiff was only given a toilet Brush and Disenfectant Bottle. No gloves, nor broom or mop to clean filthy floor and walls. Plaintiff Requested Daily to clean Room from 7·28·07 til he was moved out of the Unit to General Population on 8·22·07. Plaintiff was never allowed to clean cell (only toilet once on 7·30·07) Plaintiff wrote a grievance. It took 6hrs for Plumber to come unclog toilet and 12hrs to get Mattresses. Plaintiff also wrote Sheriff Greg Ahern about this and the Governor. Plaintiff was also forced to keep the same Dirty Clothes, Sheets, towel for 20 days.

## VII

SRJ officials have a policy that when an I/M gets legal mail they make the I/M sign the envelope and they take it (officials). This is Plaintiff personal property and they have no right to take it. They also do not give I/M anything to put the confidential legal mail in. The mail is left exposed for cellmates and other I/M's to see. Plaintiff wrote a grievance on this issue.

## VIII

After Plaintiff moved to Adseg housing and conditions worsened, His mental state

(8)

suffered. He requested to see CJMH. After 6 days he saw psycologist who told him he must wait ~~to see~~ another 6 days to see a psychiatrist to get meds to help. On 8.8.07 Plaintiff was scheduled to see psychiatrist Dr Rosenthal. Plaintiff was severly Depressed. He was called for the psyc - he asked if he could first take his Depression Meds. If you go to the clinic in the Morning you always Miss your Meds and sometimes lunch. If you Miss your Meds you Miss them for the Day. Plaintiff had his wife call CJMH and advise of the urgency in needing to see a psychiatrist. Plaintiff was taken to the clinic and waited 4 hrs but did not see anyone at all. His same meds that were not giving relief were renewed and he was given an appt ~~to~~ for 8.22.07. Plaintiff wrote a grievance on this.

## VIIII.

On 8.8.07 after returning from the clinic and not seeing a Doctor - Plaintiff was assaulted by Deputy Thibodeaux for asking for a lunch. Plaintiff was grabbed and reaggravated an injury to his left Shoulder. Plaintiff was thrown to the floor in his cell hitting his head and suffering a concussion. PHS LVN Wilfredo Reyes falsified medical Records stating he gave Plaintiff medical attention when he did not. Plaintiff was not seen nor examined by anyone til 8/9/07 even though he requested many times and his family called continuously on 8.8.07. Plaintiff

(4)

was injured. Plaintiff wrote a grievance on this issue.

## X

On July 13 2007 I turned in a Filled out Writ Form and attachments for copies as is the Process. It was given directly to Deputy Strickland. Plaintiff never Received his Writ back from SRJ officials. Plaintiff wrote a grievance on this issue.

## XI

On 8.13.07 Plaintiff had a Disciplinary hearing which was in Violation of the time restraint safeguards guaranteed by Title 15 Minimum Jail standards section 1081. In essence Plaintiff Due Process Rights were Violated. He received 30 days loss of Priviledges. Plaintiff wrote a grievance on this issue

## XII

On 8-14-07 at 11:50PM - a few hrs after Deputy Smith told Plaintiff his grievance (About Hearing Violation) was "Shit-Canned" (thrown away) He was Waken up, taken from his cell and placed in another cold Room til 12:36 AM. When he returned his Room was thrashed. Legal Documents were Missing. ~~Plaintiff~~ Personal Property was Missing. Plaintiff wrote a grievance on this issue.

(5)

## XIII

In or around May 2007, Plaintiff and his Mother was defrauded by another I/M on SRJ phones. The matter was reported to SRJ officials who advised they would investigate but did absolutely nothing about it and allowed the I/M to spend the money. Plaintiff wrote a grievance on this issue.

## XIV

On 9.11.07 Plaintiff was sick with Diarrhea. He exercised his right under State regulation section 1214 to refuse medical treatment. He also did not want to be staged in the Multi Room with no restroom (a letter was written to Commander La Donna Harris on Sheriff Ahern behalf that I/M would no longer be staged in the Multi Room with no access to toilet facilities). He also did not want to be in the clinic holding tank and have to Diarrhea openly in front of 18 or more I/M with no privacy and/or in front of Deputies (male and female) who will open and close the door. Deputy Modenos attempted to use physical force to put Plaintiff in the Multi Room anyway against his will. Plaintiff fell on the floor in fear and pain. Dep Modenos continued to use excessive force and jumped on Plaintiff's back. Dep Modenos placed handcuffs on non resisting Plaintiff and

(6)

Deputy Vanzant and Medeiros Dropped Plaintiff on the floor. All of this was captured on camera which was asked by Plaintiff to be Preserved. Plaintiff wrote a grievance on this issue. Plaintiff urinated on himself in fear but not allowed to shower or change clothes. Plaintiff was injured.

## XV

On 9.11.07 Plaintiff was informed of a write-up and Requested a hearing. Deputy Bareo and Plaintiff continued to disagree on matters. Deputy Bareo became upset and ordered Plaintiff back to his Room. Plaintiff complied and was not given copies of his write-up and Rights notification as he requested. Plaintiff Requested a grievance and documented his Request for a hearing. Plaintiff was denied his Right to a hearing and not given one. Without being notified Plaintiff was given 30 days LOP. He found out by his family coming to visit and being turned away. Plaintiff wrote a Letter to LT. Dungen Lewis, Sheriff Ahern and a grievance advising he had not had a hearing (Due Process) nor notified he was on LOP. Plaintiff completed the whole 30 days of LOP without a hearing, notification or notification in writing which law requires. Plaintiff was notified via Message Request Response by a Tech on 10.29.07 that LOP ended on 10/27/07. Plaintiff eventually

(7)

Received the notification of LOP Document in Jan 2008 from Sgt Quinn in an ~~suelope~~ envelope postmarked Jan 18, 2008.

## XVI

On 9.11.07 Plaintiff began to have a lot of pain in his back after the incident with Dep Mederos and Vanzant. He was also having trouble breathing. He requested Medical attention for a 6rut 10hrs before he saw the nurse. The next day he received a Court Order to be seen. On 9.14.07 he was seen by Nurse Practioner E. Mastronni. He advised her of terrible pain in back and she gave him a Musculan Pain Reliver Balm. The cream was used in it's entirety after 6days but gave Plaintiff no Relief. On 9.16.07 Plaintiff put in a new sick call slip which was ignored. On 9.22.07 Plaintiff wrote a grievance about pain in back etc and the need to see Mental Health Services. From 9.16.07 - 10.23.07 Plaintiff wrote sick call Request, grievances, and made verbal Request to PHS, and SRJ officials advising of terrible pain and headaches. On 10.23.07 Plaintiff received a new Court Order to be seen. On 10.24.07 and 10.26.07 Plaintiff wrote grievances to be seen. Plaintiff requested the Courts Re-Issue the Court Order on 10.30.07. Plaintiff was finally seen on 10.31.07 by Nurse Practioner E Mastronni and given pain meds and referred to Physical Therapy.

(8)

XVII

On 10-23-07 and other various dates Plaintiff and other I/M were staged in a room with no Restroom, not even upon request, and I/M are forced to urinate and defecate on the floor, in cups, bottles or Milk cartons. Plaintiff wrote grievances and letters to SRS officials regarding this issue.

XVIII

On 9-28-07 and other various dates Plaintiff and other I/M's are taken to the Clinic in chains. I/M are placed in a Room with so many I/M that there is not enough Room to sit for everyone and some must stand and/or sit on the dirty floor. On the Day in Question there was 18 I/M in the Room at one time. This has got to be a fire hazard among other things. Plaintiff and other I/M's are required to use the restroom (#1 and #2's) in front of all the I/M. I/M have no privacy to their body parts and must be degraded and embarrassed in front of others. Also the toilet is Right in Front of the door and I/M are exposed to Female and Male Deputies who open the Door Continuously. This is humiliating. On the above date Plaintiff was in this Room with over crowded conditions for nearly 5hrs, for a 15 minute Medical appt. Plaintiff wrote a grievance.

XIX

On various dates from 3/07-11/07



Plaintiff and other I/M's in Units 9,2,7,6 are required and expected to use hair clippers (and nail) behind other I/M without 1st disenfecting sterilizing or cleaning. Some I/M's have HIV. This is a health hazard and against health and safety Regulations. Plaintiff has written a grievance on this issue.

XX

Thru various Dates from 3/07 - 11/07 Plaintiff and other I/M are not afforded an opportunity for outdoor exercise and/or recreation. Plaintiff has written a Grievance on this Issue.

### Conclusion

Plaintiff is a Pre-trial Detainee who is not on parole or probation. Plaintiff is a Mental Health Patient who suffers from several Disorders including Schizophrenia. Plaintiff's Constitutional Rights have been Violated in Many forms and fashion under the 14th Amendment Due Process Clause. Plaintiff has written numerous grievances and letters to various officials seeking relief. SRJ officials custom is to deny grievances even when the issues have Merit. Even when issues are affirmed the problem stays

(10)

stays the same and is not corrected. SRJ officials and Procedures are governed and Regulated by title 15 Minimum Jail standards. SRJ continuously and daily violate these regulations.

The grievance procedure is futile and non effective for many reasons. Not only do SRJ officials not follow their own rules they established for the grievance Procedure, They also fail to follow Regulated Title 15 Rules. Title 15 Section 1073(4) states that "Written reasons for denial of grievance at each level of review which acts on the grievance." However, when an I/M appeals a response we are not allowed to state "why." Nor does the Appeal Officer give any Reason for the Denial other than "Denied" or "Concur." This makes Appealing a Response futile.

I, Keenan Wilkins Declare this Under Penalty this 5th Day of May 2008

Keenan Wilkins
In Pro Per

(11)