Keenan Wilkins
Santa Rita Jail
5325 Broder Blvd
Dublin, CA. 94568

6-2-08

FILED
08 JUN -5 PM 2:42

RECEIVED
JUN -5 PM 1:37

Clerk of the United
States District Court
For the Northern District
of California
450 Golden Gate Ave
Box 36060
San Francisco, CA. 94102

RE: Case No: C08-1084 MMC
Information

Clerk,
I am the Petitioner in the above referenced case.
I am writing to inform the Courts that I have not received anything at all from the Courts to date (in case you sent something or made any rulings

Respectfully
Keenan Wilkins
Keenan Wilkins



Kenan Wilkins - ART278
Santa Rita Jail OAKLAND CA 946
5325 Broder Blvd
Dublin, CA 94568

04 JUN 2008 PM 7 L

Legal Mail

Clerk of the United
States District Court
For the Northern District
of California
450 Golden Gate Ave
Box 36060
San Francisco, CA 94102