Keenan Wilkins - ART278
Santa Rita Jail
5325 Broder Blvd
Dublin, CA. 94568

8·6·08

Judge Chesney
U.S District Court
of Northern California
450 Golden Gate Avenue
Box 36060
San Francisco, CA. 94102

RE: Case No: C08-1084 MMC
Request For Status

Honorable Judge:

Sir My name is Keenan Wilkins, Plaintiff in the above reference case. I have not received any notice or response from the Court at all. It has been nearly 6 Months since this case was filed. I found out it was filed and the Case No: Nor the Phone. I am no longer able to call the Court. I have sent several Documents and Notices to the Court. Has there been any rulings at all? Can I please obtain a status to know what's going on? Thank you.

Respectfully

Keenan Wilkins
Plaintiff

FILED
08 AUG 12 PM 3: 19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Keenan Wilkins - ART 278
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

OAKLAND CA 946
11 AUG 2008 PM 3 T

Judge Chesney
U.S. District Court
of Northern California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102