IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF GREG AHERN, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 08-1084 MMC (PR)<br><br>**ORDER VACATING PRIOR BRIEFING SCHEDULE; GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT**<br><br>**(Docket No. 22)** |

GOOD CAUSE APPEARING, the briefing schedule for dispositive motions set forth in the Court's order of service (Docket No. 19) is hereby VACATED, and the request of defendants for an extension of time to file a responsive pleading to the second amended complaint is hereby GRANTED. (Docket No. 22.)

Defendants shall file a responsive pleading no later than October 19, 2009. If defendants elect to file a motion to dismiss, plaintiff shall file opposition to the motion within **thirty** days of the date the motion is filed. Defendants shall file a reply within **twenty** days of the date the opposition is filed.

If defendants do not elect to file a motion to dismiss, they shall, upon the filing of their responsive pleading, inform the Court whether they are of the opinion that this case can be resolved by summary judgment. If defendants inform the Court that the case can be resolved by summary judgment, the Court will set a briefing schedule for the filing of a summary judgment motion.

This order terminates Docket No. 22.

IT IS SO ORDERED.

DATED: July 16, 2009

_____
MAXINE M. CHESNEY
United States District Judge