IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERIFF GREG AHERN, et al.,<br><br>    Defendants.<br>_____ | No. C 08-1084 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**<br><br>**(Docket No. 167)** |

    Good cause appearing, defendants' request for an extension of time to file a motion for summary judgment is hereby GRANTED. Defendants shall file a motion for summary judgment no later than **February 15, 2010**. In accordance with the Court's prior Order Setting Briefing Schedule, filed November 2, 2009, plaintiff shall file opposition to the motion within **sixty** days of the date the motion is filed. Defendants shall file a reply within **twenty** days of the date the opposition is filed.

    This order terminates Docket No. 167.

    IT IS SO ORDERED.

DATED: January 27, 2010

                                MAXINE M. CHESNEY
                                United States District Judge