THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
*Attorneys for multiple Defendants (see signature page for complete list of parties represented;* Civil L.R. 3-4(a)(1))

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEENAN WILKINS,<br><br>        Plaintiffs,<br>    vs.<br><br>SHERIFF GREG AHERN, et al.<br><br>        Defendants. | CASE NO. C 08-1084 MMC (PR)<br><br>**DEFENDANTS' APPLICATION TO FILE RECORDS IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION UNDER SEAL** |

Defendants Deputies AIELLO, ALHF, ANDERSON, ARNOLD, ARRIVAS, BAO, BARENO, BAREO, BARROSA, BOUTWELL, BOTZ, BRAWLEY, CABRERAS, CODY, CUNNINGHAM, DALTON, DE LA FUENTE, DELEON, GARCIA, GARRINGTON, LANE, LATORRE, MADEROS, MCGILL, NOABECK, PAPE, ROBERTSON, SHELBY, SMITH, SNIDER, ST. DENIS, STRICKLAND, TAFOLA, THIBODEAUX, VANZANT, WILLIAMS, Technicians BRYAN, MARKS, VEASEY, SHERIFF AHERN; COMMANDER LA DONNA HARRIS; CAPT. MELANSEN; CAPT. WILKINSON; LT. JURGENS-LEWIS; SGT. QUIN; SGT. SHAULL; SGT. MOLLY; DR. ROSENTHAL; DR. THOMAS; DR. RESBURG; SWAFFORD CRIMINAL JUSTICE MENTAL HEALTH; and ALAMEDA COUNTY, pursuant to Northern District Local Rule 7-11, respectfully request permission to file psychiatric records pertaining to plaintiff Keenan Wilkins that are attached to declarations in support of defendants' motion for summary adjudication under seal.

Plaintiff Keenan Wilkins is an inmate at Glen Dyer Jail. Prior to that he was an inmate at Santa Rita Jail. On February 22, 2008, plaintiff filed a complaint alleging various claims stemming from his incarceration at Santa Rita Jail. The complaint was prescreened by the Court and certain claims were dismissed. Claims remaining in the lawsuit in part pertain to claims by Mr. Wilkins of inadequate medical and/or mental health care.

By Order dated November 2, 2009 the Court ordered Defendants to file their motion for summary adjudication within ninety days of the Court's Order. Defendants will file their motion for summary adjudication on February 1, 2010 in compliance with this Court's Order.

However, defendants have just received additional medical and mental health records from defendant Criminal Justice Mental Health pertaining to Mr. Wilkins that are necessary to the defense of certain defendants. Defendants intend to cite these records in support of their motion for summary adjudication and attach them to declarations in support of their motion. These records contain medical/mental health information relating to Mr. Wilkins.

Defendants therefore seek permission from this Court to file any medical and mental health records pertaining to Mr. Wilkins under seal to protect his privacy in this action. Defendants have not attached these records to their motion for summary adjudication pending ruling from the Court on this application, but instead have separately lodged these documents with the Clerk and submitted an administrative motion to have these records filed under seal.

Good cause exists to grant defendants' request due to the privacy concerns of Mr. Wilkins that the public filing of medical and mental health records may implicate. No prejudice will result to the parties should this request be granted in that there is no current trial date or hearing date set for defendants' motion.

Counsel has not contacted plaintiff regarding this ex-parte application because he is incarcerated and pro per, and counsel has no reasonable means of contacting plaintiff on an expedited basis. Counsel has e-filed and mailed this request to Mr. Wilkins but has no reasonable means to present him with these moving papers on the date of filing.

For the foregoing reasons, defendants respectfully request that they be permitted to file psychiatric records pertaining to Mr. Wilkins included as exhibits in their motion for summary

1  adjudication under seal.

2  Dated: February 1, 2010                    BERTRAND, FOX & ELLIOT

3                                             /S/ Michael C. Wenzel

4                                       By: _____
                                             Michael C. Wenzel
5                                            Attorneys for Defendants
                                             Deputies AIELLO, ALHF, ANDERSON, ARNOLD,
6                                            ARRIVAS, BAO, BARENO, BAREO, BARROSA,
                                             BOUTWELL, BOTZ, BRAWLEY, CABRERAS,
7                                            CODY, CUNNINGHAM, DALTON, DE LA FUENTE,
                                             DELEON, GARCIA, GARRINGTON, LANE,
8                                            LATORRE, MADEROS, MCGILL, NOABECK, PAPE,
                                             ROBERTSON, SHELBY, SMITH, SNIDER, ST.
9                                            DENIS, STRICKLAND, TAFOLA, THIBODEAUX,
                                             VANZANT, WILLIAMS, Technicians BRYAN,
10                                           MARKS, VEASEY, SHERIFF AHERN;
                                             COMMANDER LA DONNA HARRIS; CAPT.
11                                           MELANSEN; CAPT. WILKINSON; LT. JURGENS-
                                             LEWIS; SGT. QUIN; SGT. SHAULL; SGT. MOLLY;
12                                           DR. ROSENTHAL; DR. THOMAS; DR. RESBURG;
                                             SWAFFORD CRIMINAL JUSTICE MENTAL
13                                           HEALTH; and ALAMEDA COUNTY