IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | ) No. C 08-1084 MMC (PR) |
| Plaintiff, | ) **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME; DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | ) |
| SHERIFF GREG AHERN, et al., | ) |
| Defendants. | ) (Docket No. 296) |
| _____ | ) |

GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file an opposition to defendants' motion to dismiss misjoined parties and sever claims is hereby GRANTED. Plaintiff shall file his opposition no later than September 16, 2011. Defendants shall file a reply brief no later than fifteen (15) days after plaintiff's opposition is filed.

Plaintiff also requests appointment of counsel to assist in preparing such opposition. This is plaintiff's fifth request for appointment of counsel in this matter. For the reasons stated in the Court's prior orders, plaintiff's present motion for appointment of counsel

//

//

1  likewise is denied.  If the Court subsequently determines appointment of counsel is
2  warranted, it will seek volunteer counsel to represent plaintiff.
3      This order terminates Docket No. 296.
4      IT IS SO ORDERED.
5  DATED:  July 15, 2011

                                      _____
                                      MAXINE M. CHESNEY
                                      United States District Judge