United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, ) | No. C 08-1084 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER DENYING PLAINTIFF'S REQUEST TO LIFT STAY** |
| ) | |
| v. ) | |
| ) | (Docket No. 305) |
| SHERIFF GREG AHERN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On February 22, 2008, plaintiff, a pretrial detainee then incarcerated at the Santa Rita County Jail ("SRCJ") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983.[1] The operative pleading in the instant action is plaintiff's Second Amended Complaint ("SAC"), a sixty-page document that the Court previously determined stated cognizable claims for relief, based on events that allegedly occurred between March 2007 and December 2008, during which time plaintiff was incarcerated at the SRCJ.

By order filed November 30, 2011, the Court granted plaintiff's request to stay the instant action pending resolution of criminal proceedings brought against him in Alameda County Superior Court. In said order, the Court advised plaintiff that at such time as the state proceedings have concluded, he may file a request to lift the stay.

---

[1] Plaintiff currently is incarcerated at the Glenn Dyer Detention Facility in Oakland.

Now before the Court is plaintiff's request to lift the stay for the "limited purpose" of seeking injunctive relief. The request will be denied for two reasons. First, the criminal proceedings against plaintiff remain ongoing, making the request premature. Further, plaintiff seeks injunctive relief from his current conditions of confinement at the Glen Dyer Detention Facility, whereas, as noted above, the claims found cognizable in this action are based on events that allegedly occurred while plaintiff was incarcerated at the SRCJ; consequently, should plaintiff seek to bring his new claims for relief, he must do so by filing a new civil action.

**CONCLUSION**

For the foregoing reasons, plaintiff's request to lift the stay is hereby DENIED.

This order terminates Docket No. 305.

IT IS SO ORDERED.

DATED: February 17, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2