IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, ) | No. C 08-1084 MMC (PR) |
| ) Plaintiff, ) | **ORDER DENYING PLAINTIFF'S SECOND REQUEST TO LIFT STAY;** |
| ) v. ) | **DENYING PLAINTIFF'S SEVENTH REQUEST FOR APPOINTMENT OF** |
| ) SHERIFF GREG AHERN, et al., ) | **COUNSEL** |
| ) Defendants. ) | (Docket No. 307) |
| _____ ) | |

On February 22, 2008, plaintiff, a pretrial detainee then incarcerated at the Santa Rita County Jail ("SRCJ") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. The operative pleading in the instant action is plaintiff's Second Amended Complaint ("SAC"), a sixty-page document that the Court previously determined stated cognizable claims for relief, based on events that allegedly occurred between March 2007 and December 2008, during which time plaintiff was incarcerated at the SRCJ. By order filed November 30, 2011, the Court granted plaintiff's request to stay the instant action pending resolution of criminal proceedings brought against him in Alameda County Superior Court.

Now before the Court is plaintiff's second request to lift the stay for the purpose of seeking injunctive relief from conditions of confinement at the Glen Dyer Detention Facility,

where plaintiff is currently incarcerated. Said request is hereby DENIED for the reasons stated in the Court's February 17, 2012 order.

Also before the Court is plaintiff's request for appointment of counsel, which represents plaintiff's seventh such request in this matter. For the reasons stated in the Court's prior orders, plaintiff's new request for appointment of counsel is hereby DENIED.

This order terminates Docket No. 307.

IT IS SO ORDERED.

DATED: July 10, 2012

_____
MAXINE M. CHESNEY
United States District Judge