United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEENAN WILKINS,

    Plaintiff,

  v.

SHERIFF GREG AHERN, et al.,

    Defendants.
_____/

No. C-08-1084 MMC

**ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION**

    By order filed July 20, 2012, the Court denied plaintiff Keenan Wilkin's application, filed July 11, 2012, for a temporary restraining order and a preliminary injunction. Now before the Court is plaintiff's request for reconsideration, filed August 6, 2012. Having read and considered the request for reconsideration, the Court rules as follows.

    In his request for reconsideration, plaintiff observes that he served defendants with his July 11, 2012 application, and, in light of his providing proof of such service, seeks reconsideration to the extent the denial was based on a lack of service. The Court's July 20, 2012 denial, however, also was based on the alternative ground that the claims found cognizable in the instant action pertain solely to events that allegedly occurred while plaintiff was incarcerated at the Santa Rita County Jail, whereas the injunctive relief sought by plaintiff's July 11, 2012 application pertains solely to events that allegedly are occurring at the Glen Dyer Detention Facility. As to that alternative ground, plaintiff has failed to

show, and cannot show, there exists any cognizable basis for reconsideration.

Accordingly, plaintiff's request for reconsideration is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 21, 2012

_____
MAXINE M. CHESNEY
United States District Judge