**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, ) | No. C 08-1084 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER DENYING PLAINTIFF'S** |
| ) | **MOTION FOR SANCTIONS FOR** |
| v. ) | **DEFAULT** |
| ) | |
| SHERIFF GREG AHERN, et al., ) | (Docket No. 323) |
| ) | |
| Defendants. ) | |
| _____ ) | |

    On February 22, 2008, plaintiff, then a pretrial detainee at the Santa Rita County Jail ("SRCJ"), and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983.  The operative pleading in the instant action is plaintiff's Second Amended Complaint ("SAC"), a sixty-page document that the Court previously determined stated cognizable claims for relief, based on events that allegedly occurred between March 2007 and December 2008, during which time plaintiff was incarcerated at the SRCJ.  By order filed November 30, 2011, the Court granted plaintiff's request to stay the instant action pending resolution of criminal proceedings brought against him in Alameda County Superior Court.

    Now before the Court is plaintiff's "motion for sanctions for default."  There has been no default by any defendant.  Accordingly, the motion is hereby DENIED.

This is the sixth frivolous request or motion filed by plaintiff since the case was stayed. Accordingly, absent leave of court, no further motions by plaintiff shall be filed until the stay is lifted.

This order terminates Docket No. 323.

IT IS SO ORDERED.

DATED: July 2, 2013

MAXINE M. CHESNEY
United States District Judge