UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KEENAN G. WILKENS,   No. 3:08-CV-01084 MMC (NJV)

    Plaintiff,

v.   CERTIFICATE OF SERVICE

SHERIFF GREGORY J. AHERN, et al.,

    Defendants.
_____/

    I, the undersigned, hereby certify that on May 9, 2014, I SERVED a true and correct copy of documents 365 and 366, by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Keenan G. Wilkins
AN2387
CSP - Sacramento
P.O. Box 290066
Repressa, CA 95671

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas