UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEENAN G. WILKENS, | No. 3:08-CV-01084 MMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SHERIFF GREGORY J. AHERN, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on May 16, 2014, I SERVED a true and correct copy of document 371 by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Keenan G. Wilkins
AN2387
CSP - Sacramento
P.O. Box 290066
Represa, CA 95671

Litigation Coordinator
CSP - Sacramento
P.O. Box 290027
Represa, CA   95671-0027

Litigation Coordinator
Solano State Prison
P.O. Box 4000
Vacaville, CA 95696-4000

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas