1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7                 EUREKA DIVISION
8

KEENAN G. WILKENS, aka                    No. 3:08-CV-1084 MMC  (NJV)
NERRAH BROWN,
9
                                          ORDER VACATING STATUS
10         Plaintiff,                      CONFERENCE AND WRIT OF
                                            HABEAS CORPUS AD TESTIFICANDUM
11    v.

12 SHERIFF GREGORY J. AHERN, et al,

13         Defendants.
                                                    /
14

15
         On May 16, 2014, the court issued an order granting Defendants' motion to continue the
16
settlement conference in this case.  (Doc. 371.)  Accordingly, the telephonic status conference set for
17
June 3, 2014, is VACATED.
18
         The writ of habeas corpus ad testificandum issued May 7, 2014, for Plaintiff's appearance at the
19
settlement conference is also VACATED.
20
IT IS SO ORDERED.
21

22 Dated: May 19, 2014                    _____
                                          NANDOR J. VADAS
23                                        United States Magistrate Judge

24
25
26
27
28

*(left margin, vertical text)* **United States District Court** / For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KEENAN G. WILKENS,                                        No.  3:08-CV-01084 MMC  (NJV)

        Plaintiff,

   v.                                        CERTIFICATE OF SERVICE

SHERIFF GREGORY J. AHERN, et al.,

        Defendants.
_____/

     I, the undersigned, hereby certify that on May 19, 2014, I SERVED a true and correct copy of

the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,

by depositing said envelope in the U.S. Mail.

Keenan G. Wilkins
AN2387
California State Prison, Sacramento
P.O. Box 290066
Represa, CA  95671

Litigation Coordinator
California State Prison - Sacramento
P.O. Box 290027
Represa, CA  95671-0027

Litigation Coordinator
Solano State Prison
P.O. Box 4000
Vacaville, CA  95696-4000

/s/  Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2