IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, a.k.a. NERRAH BROWN, <br><br>    Plaintiff, <br><br>  v. <br><br> SHERIFF GREG AHERN, et al., <br><br>    Defendants. <br> _____ | No. C 08-1084 MMC (PR) <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME, MOTION FOR APPOINTMENT OF COUNSEL, AND MOTION FOR SANCTIONS** <br><br> (Docket Nos. 367, 370) |

On February 22, 2008, plaintiff, a pretrial detainee then incarcerated at the Santa Rita County Jail ("SRCJ") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. The operative pleading in the instant action is plaintiff's Second Amended Complaint ("SAC"), a sixty-page document that the Court previously determined stated cognizable claims for relief, based on events that allegedly occurred between March 2007 and December 2008, during which time plaintiff was incarcerated at the SRCJ.

By order filed November 30, 2011, the Court granted plaintiff's request to stay the instant action pending resolution of criminal proceedings brought against him in Alameda County Superior Court. On January 7, 2014, after plaintiff reported that the state criminal proceedings had concluded, the Court lifted the stay, reopened the action, and directed defendants to file, within 90 days of the order, a dispositive motion. On March 24, 2014,

defendants filed a motion to sever claims.

By order filed April 30, 2014, the Court denied various motions brought by plaintiff, including two motions for reconsideration, two motions to amend the complaint, and a motion to compel discovery. The Court also referred the action to Magistrate Judge Nandor Vadas for settlement proceedings and stayed the action pending said proceedings. In light of the stay, the Court granted plaintiff's request for an extension of time to file an opposition to defendants' motion to sever claims, and stated it would issue a new schedule for the filing of opposition and reply briefs if the case did not settle.

Now before the Court are: (1) plaintiff's request for appointment of counsel and request for an extension of time to oppose defendants' motion to sever (Dkt. 367), and (2) plaintiff's request for "sanctions for misconduct" (Dkt. 370). Settlement proceedings have not yet taken place, and the stay remains in effect.

In its April 30, 2014 Order, the Court stated that until the stay is lifted, plaintiff may not file any further motions without first obtaining leave of court. Plaintiff has failed to request leave to file the instant motions. Accordingly, the motions are DENIED.[1]

This order terminates Docket Nos. 367 and 370.

IT IS SO ORDERED.

DATED: May 21, 2014

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court also notes that, because plaintiff has already been granted an extension of time to oppose defendants' motion to sever, the instant request for an extension is moot.

2