UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEENAN G. WILKENS, aka NERRAH BROWN, | No. 3:08-CV-1084 MMC  (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SHERIFF GREGORY J. AHERN, et al, | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of KEENAN G. WILKENS, AKA NERRAH BROWN, inmate no. AN2387, presently in custody at California State Prison - Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 1, 2014

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, California State Prison - Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of KEENAN G. WILKENS, AKA NERRAH BROWN, inmate AN2387, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 am. on August 19, 2014, in order that said prisoner

may then and there participate in the SETTLEMENT CONFERENCE in the matter of WILKENS v. AHERN, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: July 1, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: July 1, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEENAN G. WILKENS, | No. 3:08-CV-01084 MMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SHERIFF GREGORY J. AHERN, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 1, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Keenan G. Wilkins
AN2387
CSP - Sacramento
P.O. Box 290066
Represa, CA 95671


Litigation Coordinator
California State Prison - Sacramento
P.O. Box 290027
Represa, CA  95671-0027

(by fax also)


/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3