UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEENAN G. WILKINS,

    Plaintiff,

  v.

GREGORY J. AHERN, et al.,

    Defendants.

Case No.  08-cv-01084-MMC   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 19, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Keenan Wilkins, Pro Se

    (   )  Warden or warden's representative

    (   )  Office of the California Attorney General

    ( X )  Other:  Yolanda Huang, Defense Counsel

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time. The matter to be scheduled for the second week in October for further settlement conference with cases 5:10-CV-2818 LHK, 5:10-CV-3090 LHK and 5:13-CV-4665 LHK.

**IT IS SO ORDERED.**

Dated: August 27, 2014



NANDOR J. VADAS
United States Magistrate Judge