UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEENAN G. WILKENS, aka NERRAH BROWN, | No. 3:08-CV-1084 MMC (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SHERIFF GREGORY J. AHERN, et al, | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of KEENAN G. WILKENS, AKA NERRAH BROWN, inmate no. AN2387, presently in custody at California State Prison - Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: September 24, 2014

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, California State Prison - Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of KEENAN G. WILKENS, AKA NERRAH BROWN, inmate AN2387, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue, San Francisco, at 10:30 am, Courtroom D, on

1  October 9, 2014, in order that said prisoner may then and there participate in the SETTLEMENT
2  CONFERENCE in the matters of Wilkens v. Ahern, 08-1084 MMC;  Wilkens v. Picetti, 10-2818 LHK,
3  Wilkens v. County of Alameda, 10-3090 LHK;  and  Wilkens v. Daly, 13-4665 LHK, and at the
4  termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by
5  such order of the above-entitled Court as shall thereafter be made concerning the custody of said
6  prisoner, and further  to produce said prisoner at all times necessary until the termination of the
7  proceedings for which his testimony is required in this Court;

8      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
9  for the Northern District of California.

11  Dated:  September 24, 2014

12  RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT
13
    By: Linn Van Meter
14         Administrative Law Clerk

17
18  Dated: September 24, 2014



NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEENAN G. WILKENS, | No. 3:08-CV-01084 MMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SHERIFF GREGORY J. AHERN, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on September 24, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Keenan G. Wilkins
AN2387
CSP - Sacramento
P.O. Box 290066
Represa, CA 95671

Litigation Coordinator
California State Prison - Sacramento
P.O. Box 290027
Represa, CA 95671-0027

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3