UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY J. AHERN, et al.,<br><br>　　　　Defendants. | Case No.  08-cv-01084-MMC   (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

　　　　A settlement conference was held on October 9, 2014 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　　( X )  Plaintiff and Plaintiff's Counsel Yolanda Huang and Dennis Cunningham

　　(  )  Warden or warden's representative

　　(  )  Office of the California Attorney General

　　( X )  Other: Defense Counsel Michael Wenzel and Talia Saypoff

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

　　(X)  The case has been completely settled.  A telephonic status conference is scheduled for November 18, 2014 at 1:00 p.m.

　　(  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1  ( ) The parties are unable to reach an agreement at this time.

2  **IT IS SO ORDERED.**

3  Dated: October 21, 2014



4  _____
5  NANDOR J. VADAS
   United States Magistrate Judge